IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| In re Application of YUKOS HYDROCARBONS INVESTMENTS LTD. for an order to conduct discovery for use in a foreign proceeding. | Civil Action No. 5:09-MC-78 NAM/GJD |

Order Granting Discovery For Use in a Foreign Proceeding

Having reviewed the petition by Yukos Hydrocarbons Investments Ltd, the declaration of Samantha A. Lunn, dated October 26, 2009, the declaration of Daniel Feldman, dated October 26, 2009, the declaration of Leo Boersen, dated October 28, 2009, and the accompanying memorandum of law, the Court hereby finds good cause and grants Petitioner's Application for an Order to Conduct Discovery for Use in a Foreign Proceeding.

IT IS HEREBY ORDERED, pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1782, (i) Petitioner shall serve Robert Foresman with the subpoena *duces tecum* annexed to the Lunn Declaration as Exhibit I; (ii) Foresman shall produce responsive documents to such subpoenas duces tecum within 14 days of receiving service of such subpoena duces tecum; (iii) Petitioners shall serve Foresman with the subpoena *ad testificandum* annexed to the Lunn Declaration as Exhibit I; (iv) Foresman shall appear for deposition within 20 days of service of such subpoena; and (v) Petitioners have leave to serve a subpoena for deposition testimony at a future date on Foresman and knowledgeable individuals and entities without necessity of a further application to this Court.

Dated: November 4 2009

Hon. Gustave J. Di Bianco
United States Magistrate Judge